No. 12–6516. IN RE SWISHER;

No. 12–6547. IN RE MCGHEE; and

No. 12–6552.   IN RE SILUK.   Petitions for writs of habeas corpus denied.